KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
Michelle Rodriguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. 2:07-cr-0128 FCD |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| Michelle Rodriguez, | |
| Defendant. | |

Defendant Michelle Rodriguez, by and through counsel Krista Hart and plaintiff, United States, by and through counsel Assistant U.S. Attorney Michelle Rodriguez, hereby stipulate and agree that the restitution hearing currently set for February 4, 2008, be vacated and reset for March 3, 2008.  The additional time is necessary for defense preparation.  The probation officer completed the final memo concerning restitution on January 30, 2008.  Because Ms. Rodriguez (defendant) and counsel waived her appearance at the restitution hearing she is in prison at Dublin, California.  The defense needs additional time to review the restitution memo with the defendant in prison.  The parties have agreed to reset the hearing to March 3, 2008 at 10:00 a.m.

The parties further stipulate and agree the interests of justice

are served by setting the restitution hearing beyond the time limits found in 18 U.S.C. § 3664(d)(5).  The additional time is necessary to allow the defense sufficient time to review the proposed restitution order and, if appropriate, stipulate to the amount and avoid bringing Ms. Rodriguez (defendant) from prison.

DATED: February 4, 2008

                                                  /s/ Krista Hart
                                                  Attorney for Defendant
                                                  Michelle Rodriguez

DATED: February 4, 2008          McGREGOR SCOTT
                                       United States Attorney

                                         /s/ Michelle Rodriguez
                                       Assistant U.S. Attorney
                                       (By Krista Hart per e-mail)

**IT IS SO ORDERED.**

DATED: February 4, 2008

                                                                             _____
                                               FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE