```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
Michelle Rodriguez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,               ) | No. CR. S-07-0128 FCD |
|             Plaintiff,       ) | |
|        v.                    ) | **STIPULATION AND ORDER** |
| Michelle Rodriguez,          ) | |
|             Defendant.       ) | |
| _____ ) | |

    Defendant Michelle Rodriguez, by and through counsel Krista Hart and plaintiff, United States, by and through counsel Assistant U.S. Attorney Michelle Rodriguez, hereby stipulate and agree that the restitution amount determined by the probation officer in the memorandum filed herewith is correct.  The probation officer contacted all victims, collected all the relevant information and calculated the total amount of restitution owed in this case.  The attached memorandum prepared by the probation officer sets out the victims and the amount owed to each.  The total amount of restitution is calculated to be $4,865.52 which should imposed jointly and severally with co-defendant Curtis Martinez.

    Counsel for defendant Michelle Rodriguez contacted Ms. Rodriguez at the Federal Correctional Institute in Dublin, California.  Ms. Rodriguez reviewed the restitution memorandum prepared by the

probation officer and concurs in the calculations and total amount of $4,865.52.

DATED: February 29, 2008

                                   */s/ Krista Hart*
                                   Attorney for Defendant
                                   Michelle Rodriguez

DATED: February 29, 2008            McGREGOR SCOTT
                                   United States Attorney

                                   */s/ Michelle Rodriguez*
                                   Assistant U.S. Attorney
                                   (By Krista Hart per e-mail)

                                  **O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: February 29, 2008

                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE